AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Oscar Alfredo Rivas-Mendez<br>and<br>Yoselyn Sanchez-Estrada | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  3:25-mj-00027

_____
*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 29, 2025_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 | Possession with intent to distribute fentanyl, a Schedule II controlled substance; and,<br>Conspiracy to distribute and possess with intent to distribute fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Jason T. Buelt.

☑ Continued on the attached sheet.

_____
/s/ By Phone
*Complainant's signature*

Jason T. Buelt, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:00 p.m

Date: _____01/30/2025_____

_____
*Judge's signature*

City and state: _____Portland, Oregon_____

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*